**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | No. 316 |
| | : | |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE DISCIPLINARY BOARD OF PENNSYLVANIA | : : : | DISCIPLINARY BOARD APPOINTMENT DOCKET |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 19th day of January, 2022, Jerry M. Lehocky, Esquire, is designated as Chair, and John C. Rafferty, Jr., Esquire, as Vice-Chair, of the Disciplinary Board of Pennsylvania, commencing April 1, 2022.